UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JAMES ANTHONY SPARKS**      ] | |
|     Petitioner,             ] | |
|                                  ] | **GENERAL DOCKET** |
| **v.**                         ] | **No. 3:11-mc-0007** |
|                                  ] | **Judge Campbell** |
| **STATE OF TENNESSEE**         ] | |
|     Respondent.             ] | |

**O R D E R**

The Court has before it a *pro se* prisoner petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus. The petitioner has neglected, however, to either pay the fee required for the filing of the petition ($5.00) or submit a properly completed and notarized application to proceed in forma pauperis.

Accordingly, the petitioner is hereby GRANTED fourteen (14) days from the date of entry of this order on the docket in which to either pay the civil filing fee of five dollars ($5.00) or submit a notarized application to proceed in forma pauperis.

The Clerk will provide the petitioner with a blank application to proceed in forma pauperis along with a copy of Administrative Order No. 93.

The petitioner is forewarned that, should he fail to comply with these instructions within the specified period of time, the Court will presume that he is not a pauper and dismiss the instant

action for failure to comply and for want of prosecution.

It is so ORDERED.

Todd Campbell
United States District Judge